# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

November 24, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX 78711

        Re:  Anthony Whitney Norman
             v. Texas
             No. 15-7116
             (Your No. WR-76, 389-08)

Dear Clerk:

   The petition for a writ of certiorari in the above entitled case was filed on November 17, 2015 and placed on the docket November 24, 2015 as No. 15-7116.

                    Sincerely,

                    **Scott S. Harris**, Clerk

                    by

                    Redmond K. Barnes
                    Case Analyst

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 01 2015

Abel Acosta, Clerk